**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Jones & Associates Consulting, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **Jones & Associates**<br>**Jones** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0657095** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **16921 Via de Santa Fe, #5005**<br>**Rancho Santa Fe, CA 92067**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.jonesinclusive.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Jones & Associates Consulting, Inc.**                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5416__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

| Debtor | Jones & Associates Consulting, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Jones & Associates Consulting, Inc.**                                                    Case number (*if known*) _____
                Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Jones & Associates Consulting, Inc.**
_____     Case number (*if known*) _____
            Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**
                _____
                MM / DD / YYYY

**X** **/s/ Steven Jones**
_____           **Steven Jones**
Signature of authorized representative of debtor           _____
                                                            Printed name

Title    **Chief Executive Officer**
        _____

**18. Signature of attorney**

**X** **/s/ Gustavo E. Bravo**
_____     Date    **September 12, 2023**
Signature of attorney for debtor                _____
                                                MM / DD / YYYY

**Gustavo E. Bravo**
_____
Printed name

**Bravo Law APC**
_____
Firm name

**2398 San Diego Avenue**
**San Diego, CA 92110**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(619) 600-1394**         Email address    **gbravo@bravolawapc.com**

**218752 CA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Jones & Associates Consulting, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**September 12, 2023**__        X */s/ Steven Jones*
                                              Signature of individual signing on behalf of debtor

                                              **Steven Jones**
                                              Printed name

                                              **Chief Executive Officer**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Jones & Associates Consulting, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $    **3,500,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $    **62,857.80**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $    **3,562,857.80**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **3,944,963.27**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **357,827.30**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **1,086,413.73**

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b

$    **5,389,204.30**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Jones & Associates Consulting, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **7225** | **$10,282.00** |
| 3.2. | **U.S. Bank** | **Checking** | **4960** | **$9.51** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$10,291.51**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Rental deposit for 645 Front Street, #2201, San Diego, CA 92101** | **$16,000.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Jones & Associates Consulting, Inc.**                                    Case number *(If known)* _____
_____
Name

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | $16,000.00 |
|----|----------------------|--|------------|
|    | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    _____34,166.29_____  -  _____0.00_____  = ....    $34,166.29
                                        face amount              doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | $34,166.29 |
|-----|----------------------|------------|
|     | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-----------------------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office Computers - Five laptops** | **Unknown** | | $1,500.00 |

Debtor **Jones & Associates Consulting, Inc.**          Case number *(If known)* _____
      Name

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                          **$1,500.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   3 Netherfield Way, Spring, TX 77382 | Fee simple | Unknown | Broker's Opinion | $3,500,000.00 |

56.   **Total of Part 9.**                                                                          **$3,500,000.00**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

Debtor    **Jones & Associates Consulting, Inc.**                Case number *(If known)* _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**www.jonesinclusive.com** | **$4,500.00** | N/A | **$200.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Customer List** | **Unknown** | N/A | **$500.00** |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill**<br>**Goodwill** | **Unknown** | N/A | **$200.00** |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$900.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Jones & Associates Consulting, Inc.**                                          Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,291.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $34,166.29 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $3,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $900.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $62,857.80 | + 91b. $3,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,562,857.80 |

**Fill in this information to identify the case:**

Debtor name  **Jones & Associates Consulting, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 **Capytal.com** | | |
|---|---|---|
| Creditor's Name | | |

Describe debtor's property that is subject to a lien
**All Personal Property**                $17,076.00        $54,632.80

**90 Broad Street, Suite 903**
**New York, NY 10004**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**
**Is the creditor an insider or related party?**
Creditor's email address, if known
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
**1/3/23**
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**        **As of the petition filing date, the claim is:**
Check all that apply
☑ No        ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.        ☐ Unliquidated
        ☐ Disputed

| 2.2 **Everest Business Funding** | | |
|---|---|---|
| Creditor's Name | | |

Describe debtor's property that is subject to a lien        $27,708.10        $54,632.80
**All Personal Property**

**102 West 38th Street**
**6th Floor**
**New York, NY 10018**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**
**Is the creditor an insider or related party?**
Creditor's email address, if known
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
**12/25/22**
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**        **As of the petition filing date, the claim is:**
Check all that apply

Debtor **Jones & Associates Consulting, Inc.**
      Name

Case number *(if known)* _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **FC Marketplace LLC** | **Describe debtor's property that is subject to a lien** | $321,038.26 | $54,632.80 |
|---|---|---|---|---|

Creditor's Name

**707 17th Street**
**Suite 2200**
**Denver, CO 80202**

Creditor's mailing address

**All Personal Property**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/31/22**

**Last 4 digits of account number**
**6421**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Service Credit Union** | **Describe debtor's property that is subject to a lien** | $3,017,395.42 | $3,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**16430 Park Ten Place**
**Houston, TX 77084**

Creditor's mailing address

**3 Netherfield Way, Spring, TX 77382**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/21/21**

**Last 4 digits of account number**
**1024**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Service Credit Union**
**2. First Service Credit Union**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **First Service Credit Union** | **Describe debtor's property that is subject to a lien** | $200,000.00 | $3,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**16430 Park Ten Place**
**Houston, TX 77084**

Creditor's mailing address

**3 Netherfield Way, Spring, TX 77382**

**Describe the lien**

---

Debtor **Jones & Associates Consulting, Inc.**                    Case number (if known) _____
_____
Name

**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known                    ■ No
_____                    ☐ Yes

**Date debt was incurred**                    **Is anyone else liable on this claim?**

**6/14/22**                    ☐ No

**Last 4 digits of account number**                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**1003**

**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply

☐ No                    ☐ Contingent

■ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative
priority.                    ☐ Disputed

**Specified on line 2.4**

---

| 2.6 | **Globelend Capital** | **Describe debtor's property that is subject to a lien** | $130,848.80 | $54,632.80 |

Creditor's Name                    **All Personal Property**

**1111 Park Center**
**Boulevard**
**# 425**
**Miami, FL 33169**

Creditor's mailing address                    **Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known                    ■ No

☐ Yes

**Date debt was incurred**                    **Is anyone else liable on this claim?**

**7/29/22**                    ☐ No

**Last 4 digits of account number**                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply

■ No                    ☐ Contingent

☐ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative
priority.                    ☐ Disputed

---

| 2.7 | **LG Funding LLC** | **Describe debtor's property that is subject to a lien** | $63,624.05 | $54,632.80 |

Creditor's Name                    **All Personal Property**

**1218 Union Street**
**Brooklyn, NY 11225**

Creditor's mailing address                    **Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known                    ■ No

☐ Yes

**Date debt was incurred**                    **Is anyone else liable on this claim?**

**10/3/22**                    ☐ No

**Last 4 digits of account number**                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply

---

Debtor    **Jones & Associates Consulting, Inc.**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **OnDeck Funding** | Describe debtor's property that is subject to a lien | $34,285.76 | $54,632.80 |

Creditor's Name

**4700 West Daybreak
Parkway
Suite 200
South Jordan, UT 84009**
Creditor's mailing address

**All Personal Property**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/27/22**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **U.S. SBA** | Describe debtor's property that is subject to a lien | $132,986.88 | $54,632.80 |

Creditor's Name

**312 North Spring Street
5th Floor
Los Angeles, CA 90012**
Creditor's mailing address

**All Personal Property**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/1/20**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$3,944,963.27**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **Jones & Associates Consulting, Inc.**                           Case number (*if known*) _____
         Name

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name    **Jones & Associates Consulting, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Brian Joseph**<br>**1332 Linda Rosa Avenue**<br>**Los Angeles, CA 90041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,761.38 | $12,761.38 |
| Date or dates debt was incurred<br>**3/17/23** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Chanelle McNutt**<br>**2131 West 109th Place**<br>**Los Angeles, CA 90047** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,230.76 | $15,150.00 |
| Date or dates debt was incurred<br>**3/17/23** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Jones & Associates Consulting, Inc.**

Case number (if known) _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,392.00 | $0.00 |
|---|---|---|---|---|

**Ellecia Purvis**
**1404 Ramsgate Drive**
**Corona, CA 92881**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/28/23**

Basis for the claim:
**1099 External Consultant**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134,400.00 | $134,400.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2023 to 8/31/23**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,045.67 | $12,045.67 |
|---|---|---|---|---|

**Kevin Blake**
**605 16th Street**
**Watervliet, NY 12189**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/23**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,279.82 | $15,150.00 |
|---|---|---|---|---|

**Lida Rafia**
**3305 29th St.**
**San Diego, CA 92104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Jones & Associates Consulting, Inc.**     Case number (if known) _____
    Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,620.00 | $1,620.00 |
|---|---|---|---|---|

**Lisa Blake**
**605 16th Street**
**Watervliet, NY 12189**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/23**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,403.87 | $15,150.00 |
|---|---|---|---|---|

**Liz Fernandez**
**4901 Henry Hudson Parkway**
**Bronx, NY 10471**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/23**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,279.82 | $15,150.00 |
|---|---|---|---|---|

**Lori Nelson**
**591 Eaton Drive**
**Pasadena, CA 91107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,686.36 | $15,150.00 |
|---|---|---|---|---|

**Minjung Pai**
**1534 1/2 S. Spaulding Avenue**
**Los Angeles, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/23**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Jones & Associates Consulting, Inc.**                                      Case number (if known) _____
         Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,727.62 | $15,150.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Skyler Jackson**
**117 4th Place, Apt. 1B**
**Brooklyn, NY 11231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/23 to 3/30/23**

Basis for the claim:
**1099 external consultant**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                            **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $129,500.25 |
|---|---|---|---|

**1199 Walnut LLCV**
**1199 East Walnut St.**
**Pasadena, CA 91106**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred **February 2023 to July 2023**

Last 4 digits of account number _

Basis for the claim:  **Rent for commercial space at 1199 East Walnut Street, Pasadena, CA 91106.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134,400.00 |
|---|---|---|---|

**645 Front St 2201 LLC**
**5580 La Jolla Boulevard**
**Suite 392**
**La Jolla, CA 92037**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was
incurred **December 2022 to July 2023**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,159.15 |
|---|---|---|---|

**ADP, Inc.**
**1 ADP Boulevard**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/15/23**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,109.49 |
|---|---|---|---|

**American Express**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **October 2019 to March 2023**

Last 4 digits of account number **1001**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,232.43 |
|---|---|---|---|

**BayFirst National Bank**
**700 Central Avenue**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/29/22**

Last 4 digits of account number **9100**

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Jones & Associates Consulting, Inc.**                                Case number *(if known)* _____
_____
Name

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,184.22** |
|---|---|---|---|

**Bridging Voices**
**4440 Frost Drive**
**Oxnard, CA 93033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/1/23 to 2/28/23**

Basis for the claim:  **Language Interpretation Services**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**California Hospital Assoc.**
**1215 K Street #700**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Prepayment services not completed.**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.95** |
|---|---|---|---|

**Capital One**
**1680 Capital One Drive**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was
incurred  March 2022 to February 2023**

Basis for the claim:  **Credit card purchases**

**Last 4 digits of account number  4433**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Cynthia Raimo**
**P.O. Box 337**
**Lemon Grove, CA 91946**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/2/23**

Basis for the claim:  **Outside Accountant - Tax Preparer**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,541.57** |
|---|---|---|---|

**Entergy Texas, Inc.**
**P.O. Box 8104**
**Baton Rouge, LA 70891**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/6/23**

Basis for the claim:  **Utilities**

**Last 4 digits of account number  1865**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,106.05** |
|---|---|---|---|

**EQI Mindset**
**2922 Rangour Court**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/28/23**

Basis for the claim:  **1099 External Consultant**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,520.08** |
|---|---|---|---|

**First Service Credit Union**
**16430 Park Ten Place**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was
incurred  February 2022 to June 2023**

Basis for the claim:  **Credit card purchases**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Jones & Associates Consulting, Inc.**                    Case number (*if known*) _____
_____
Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,625.00 |
|---|---|---|---|

**Food Forward**
7412 Fulton Avenue #3
North Hollywood, CA 91605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment services not completed.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,230.66 |
|---|---|---|---|

**Payroll Solutions Internat'l.**
557 Massey Road
Guelph, Ontario, Can. N1K 1B3

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/25/23

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Ronald McDonald House Charity**
2929 Children's Way
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment services not completed.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**Shondaland**
1905 N. Wilcox Avenue
#307
Los Angeles, CA 90068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment services not completed.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,200.00 |
|---|---|---|---|

**Steven Jones**
16921 Via De Santa Fe #5005
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/6/23 to 3/6/26

Last 4 digits of account number _

Basis for the claim:  **Loan to Company.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Tamara Craver**
1281 9th Avenue #1914
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/23/23

Last 4 digits of account number _

Basis for the claim:  **1099 External Consultant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,425.00 |
|---|---|---|---|

**The Antorge Group**
13223 Black Mountain Road
#1168
San Diego, CA 92129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/19/23

Last 4 digits of account number _

Basis for the claim:  **1099 External Consultant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Jones & Associates Consulting, Inc.**                     Case number (if known) _____
_____
Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372,000.00 |
|---|---|---|---|

**The J. Paul Getty Trust**
**1200 Getty Center Drive**
**Suite 400**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/23**

Basis for the claim:  **Prepayment services not completed.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,993.88 |
|---|---|---|---|

**U.S. Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **February 2020 to June 2023**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **0389**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Wells Fargo Bank**
**420 Montgomery Street**
**94101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 357,827.30 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,086,413.73 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,444,241.03 |

**Fill in this information to identify the case:**

Debtor name        **Jones & Associates Consulting, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **DEI Consulting and Training Services ($35,000 to be performed and paid). 10/30/23** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carnegie Science Center 1 Alleghany Avenue Pittsburgh, PA 15212** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **DEI Consulting and Training Services ($153,750 to be performed and paid). 3/8/24** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Honda Dev. & Mftg. of America 24000 Honda Parkway Marysville, OH 43040** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Executive Coaching Services ($54,000 to be performed and paid).** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Lakeshore Learning 2695 East Dominguez St. Carson, CA 90895** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **DEI Consulting and Training Services ($29,812.50 to be performed and paid).** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Lewis Brisbois 650 E. Hospitality Lane Ste. 600 San Bernardino, CA 92408** |

**Fill in this information to identify the case:**

Debtor name **Jones & Associates Consulting, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Steven Jones** | **16921 Via De Santa Fe #5005 Rancho Santa Fe, CA 92067** | **U.S. SBA** | ☑ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Steven Jones** | **16921 Via De Santa Fe #5005 Rancho Santa Fe, CA 92067** | **First Service Credit Union** | ☑ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Steven Jones** | **16921 Via De Santa Fe #5005 Rancho Santa Fe, CA 92067** | **First Service Credit Union** | ☑ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Steven Jones** | **16921 Via De Santa Fe #5005 Rancho Santa Fe, CA 92067** | **Capytal.com** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Steven Jones** | **16921 Via De Santa Fe #5005 Rancho Santa Fe, CA 92067** | **FC Marketplace LLC** | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |

Debtor    **Jones & Associates Consulting, Inc.** _____    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Steven Jones | 16921 Via De Santa Fe #5005<br>Rancho Santa Fe, CA 92067 | LG Funding LLC | ■ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Steven Jones | 16921 Via De Santa Fe #5005<br>Rancho Santa Fe, CA 92067 | Everest Business Funding | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Steven Jones | 16921 Via De Santa Fe #5005<br>Rancho Santa Fe, CA 92067 | OnDeck Funding | ■ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Steven Jones | 16921 Via De Santa Fe #5005<br>Rancho Santa Fe, CA 92067 | Globelend Capital | ■ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Steven Jones | 16921 Via De Santa Fe #5005<br>Rancho Santa Fe, CA 92067 | The J. Paul Getty Trust | ☐ D _____<br>■ E/F __**3.20**__<br>☐ G _____ |

Official Form 206H    Schedule H: Your Codebtors    Page 2 of 2

**Fill in this information to identify the case:**

Debtor name     **Jones & Associates Consulting, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **10/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,504,949.00** |
| **For prior year:**<br>From **10/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,569,792.00** |
| **For year before that:**<br>From **10/01/2021** to  **9/30/2022** | ■ Operating a business<br>☐ Other _____ | **$3,853,854.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Jones & Associates Consulting, Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Capytal.com**<br>**90 Broad Street, Suite 903**<br>**New York, NY 10004** | **6/2/23 ($870);**<br>**6/5/23 ($870);**<br>**6/9/23 ($870);**<br>**6/12/23**<br>**($870);**<br>**6/13/23**<br>**($870);**<br>**6/16/23**<br>**($870);**<br>**6/20/23**<br>**($870);**<br>**6/20/23**<br>**($870);**<br>**7/17/23**<br>**($5,000)** | **$11,960.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Kaleidescope Consulting Group**<br>**4859 West Slauson #327**<br>**Los Angeles, CA 90056** | **6/12/23**<br>**($8,400);**<br>**7/14/23**<br>**($2,900);**<br>**7/14/23**<br>**($2,100);**<br>**7/15/23**<br>**($2,500);**<br>**8/24/23**<br>**($2,000);**<br>**8/24/23**<br>**($2,100);**<br>**8/24/23**<br>**($900);**<br>**8/25/23**<br>**($300);**<br>**8/25/23**<br>**($1,500);**<br>**8/25/23**<br>**($700)** | **$23,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Tamara Craver**<br>**1281 9th Avenue #1914**<br>**San Diego, CA 92101** | **7/15/23**<br>**($2,500);**<br>**7/16/23**<br>**($100); 8/9/23**<br>**($1,600);**<br>**8/11/23**<br>**($3,000);**<br>**8/27/23**<br>**($1,500);**<br>**8/27/23**<br>**($1,500)** | **$10,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Jones & Associates Consulting, Inc.**                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.4.    **SEVA**<br>**8924 Tilman Drive**<br>**Oklahoma City, OK 73132** | **6/8/23 ($3,300);<br>6/10/23 ($3,300);<br>7/18/23 ($3,000);<br>7/27/23 ($2,280);<br>8/9/23 ($3,000);<br>8/11/23 ($3,000);<br>8/24/23 ($5,000);<br>8/31/23 ($5,000);<br>9/8/23 ($5,280)** | **$33,160.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **LG Funding LLC**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** | **Used UCC Lien to have Quickbooks redirect two client payments (Meals on Wheels and Dexcom) to itself**<br>Last 4 digits of account number: _____ | **7/14/23** | **$33,200.00** |

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor    **Jones & Associates Consulting, Inc.**                                       Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **1199 Walnut, LLC v. Jones & Associates Consulting, Inc.**<br>**23AHVC01546** | **Breach of Rental/Lease Contract** | **Los Angeles Superior Court**<br>**150 W Commonwealth Avenue**<br>**Alhambra, CA 91801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Options for All**<br>**5050 Murphy Canyon Road**<br>**San Diego, CA 92123** | **Auction purchase (Monetary $2,750); Donation (Monetary $5,000); Gala Sponsorship (Monetary $10,000)** | **10/4/21;**<br>**12/26/21; and,**<br>**5/12/22** | **$17,750.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Lead San Diego**<br>**402 West Broadway**<br>**Suite 1000**<br>**San Diego, CA 92101** | **Awards Sponsorships (Monetary $5,000 and $5,000)** | **6/29/22 and**<br>**1/12/23** | **$10,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **Multi-Cultural Convention Svcs**<br>**6161 El Cajon Boulevard**<br>**Suite 443**<br>**San Diego, CA 92115** | **Network Sponsorship (Monetary $1,500)** | **10/14/21** | **$1,500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **Wassaic Project**<br>**P.O. Box 220**<br>**Wassaic, NY 12592** | **Symposium Sponsorship (Monetary $5,000)** | **5/3/22** | **$5,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

Debtor    **Jones & Associates Consulting, Inc.**                                                Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | **Episcopal Community Services**<br>**401 Mile of Cars Way #350**<br>**National City, CA 91950** | **Sponsorship (Monetary $5,000); Auction Item (Monetary $5,500)** | **7/1/22 and 10/11/22** | **$10,500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.6. | **S.D. Black Chamber of Commerce**<br>**404 Euclid Avenue**<br>**Suite 383**<br>**San Diego, CA 92114** | **Gala  Sponsorship (Monteary $5,000)** | **10/11/22** | **$5,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bravo Law APC**<br>**2398 San Diego Avenue**<br>**San Diego, CA 92110** | | **8/12/23 ($400); 8/23/23 ($4,438)** | **$4,838.00** |
| | Email or website address<br>**bravolawapc.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

Debtor    **Jones & Associates Consulting, Inc.**                                    Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **1450 Frazee Road, Suite 104 San Diego, CA 92108** | **10/1/2017-7/31/21** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    __Jones & Associates Consulting, Inc._____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **U.S. Bank 5664 Mission Center Rd San Diego, CA 92108** | **XXXX-8134** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **August 2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Jones & Associates Consulting, Inc.**                                  Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Cynthia Raimo** P.O. Box 337 Lemon Grove, CA 91946 | **2010 to September 2023** |
| 26a.2. | **SEVA** 8924 Tilman Drive Oklahoma City, OK 73132 | **March 2020 - September 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    Jones & Associates Consulting, Inc.    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **SEVA**<br>**8924 Tilman Drive**<br>**Oklahoma City, OK 73132** | |
| 26c.2.    **Cynthia Raimo**<br>**P.O. Box 337**<br>**Lemon Grove, CA 91946** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Capytal.com**<br>**90 Broad Street, Suite 903**<br>**New York, NY 10004** |
| 26d.2.    **Everest Business Funding**<br>**102 West 38th Street**<br>**6th Floor**<br>**New York, NY 10018** |
| 26d.3.    **FC Marketplace LLC**<br>**707 17th Street**<br>**Suite 2200**<br>**Denver, CO 80202** |
| 26d.4.    **LG Funding LLC**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** |
| 26d.5.    **OnDeck Funding**<br>**4700 West Daybreak Parkway**<br>**Suite 200**<br>**South Jordan, UT 84009** |
| 26d.6.    **U.S. SBA**<br>**312 North Spring Street**<br>**5th Floor**<br>**Los Angeles, CA 90012** |
| 26d.7.    **Globelend Capital**<br>**1111 Park Center Boulevard**<br>**# 425**<br>**Miami, FL 33169** |
| 26d.8.    **First Service Credit Union**<br>**16430 Park Ten Place**<br>**Houston, TX 77084** |
| 26d.9.    **Union Bank**<br>**9275 Sky Park Court, Suite 300**<br>**San Diego, CA 92123** |
| 26d.10.    **First Republic Bank**<br>**1280 4th Avenue**<br>**San Diego, CA 92101** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Jones & Associates Consulting, Inc.**                                        Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Jones** | **16921 Via De Santa Fe #5005 Rancho Santa Fe, CA 92067** | **CEO/CFO/Secretary** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | **6/9/23 ($4,619.24); 6/24/23 ($4,619.24); 7/7/23 ($4,619.24); 7/22/23 ($1,000.00); 7/27/23 ($3,619.24); 8/4/23 ($4,619.24); 8/18/23 ($4,619.24); 9/1/23 ($4,619.24); 9/1/23 ($2,309.62)** | |
| | **Steven Jones 16921 Via De Santa Fe #5005 Rancho Santa Fe, CA 92067** | **34,677.28** | | **Salary** |
| | **Relationship to debtor Owner** | | | |

Debtor    **Jones & Associates Consulting, Inc.**                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | | 6/8/23 ($2,707.63); 6/9/23 ($2,707.63); 6/23/23 ($2,707.63); 7/7/23 ($2,707.63); 7/21/23 ($2,707.63); 8/4/23 ($2,707.63); 8/18/23 ($2,707.63); 9/1/23 ($8,937.10) | |
| | **Alvin Jones** **1037 Leo Street** **Saint Martinville, LA 70582** | **27,890.51** | | **Salary** |
| | **Relationship to debtor** **Brother of 100% owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**

**/s/ Steven Jones**                         **Steven Jones**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Revised: 1/24/13

Name, Address, Telephone No. & I.D. No.

**Gustavo E. Bravo**
**2398 San Diego Avenue**
**San Diego, CA 92110**
**(619) 600-1394**
**218752 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Jones & Associates Consulting, Inc.**

Tax I.D. / S.S. #: **01-0657095**

Debtor.

BANKRUPTCY NO.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
### AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.    Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.    Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.    Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.    Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.    Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.      Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.      Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.      Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.      Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10.     File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11.     Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12.     Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.      Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.      Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.      Opposing Motions for Relief from Stay;

4.      Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.      Redemption Motions and hearings on Redemption Motions;

6.      Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.      Representation in a Motion to Dismiss or Convert debtor's case;

8.      Motions to Reinstate or Extend the Automatic Stay;

9.      Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

## III.
## Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.  Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2.  Defense of a Complaint objecting to discharge;

3.  Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.  Sheriff levy releases;

5.  Section 522(f) Lien Avoidance Motions;

6.  Opposing a request for, or appearing at a 2004 examination;

7.  All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.  Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.  Filing or responding to an appeal;

10. An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

## IV.
## Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.  Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.  List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.  Provide accurate and complete financial information;

4.  Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.  Cooperate and communicate with your attorney;

6.      Discuss the objectives of the case with your attorney before you file;

7.      Keep the attorney updated with any changes in contact information, including email address;

8.      Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.      Keep the attorney updated on any changes in the household income and expenses;

10.    Timely file all statutorily required tax returns;

11.    Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.    Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.    Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.    Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.    Pay all required fees prior to the filing of the case;

16.    Promptly pay all required fees in the event post filing fees are incurred;

17.    Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:  **September 12, 2023**                                 **/s/ Steven Jones**
                                                                               **Steven Jones**
                                                                               Debtor


Dated:  **September 12, 2023**                                 **/s/ Gustavo E. Bravo**
                                                                               **Gustavo E. Bravo**
                                                                               Attorney for Debtor(s)

4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re    **Jones & Associates Consulting, Inc.** _____    Case No. _____

_____
Debtor(s)    Chapter    **7**    _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................    $    **4,838.00**

Prior to the filing of this statement I have received ...................    $    **4,838.00**

Balance Due ...............................................................................    $    **0.00**

2.    The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 12, 2023** _____    **/s/ Gustavo E. Bravo** _____
_Date_    **Gustavo E. Bravo**
    _Signature of Attorney_
    **Bravo Law APC**
    **2398 San Diego Avenue**
    **San Diego, CA 92110**
    **(619) 600-1394   Fax: (619) 688-1558**
    **gbravo@bravolawapc.com**
    _Name of law firm_

---

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Gustavo E. Bravo**
**2398 San Diego Avenue**
**San Diego, CA 92110**
**(619) 600-1394**
**218752 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Jones & Associates Consulting, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed.  Creditor <u>diskette</u> required.   TOTAL NO. OF CREDITORS: **44**

☐ Conversion filed on _____. *See instructions on reverse side.*
  ☐ Former Chapter 13 converting.  Creditor <u>diskette</u> required.   TOTAL NO. OF CREDITORS:____
  ☐ Post-petition creditors added.  <u>Scannable</u> matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☐ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **September 12, 2023**        **/s/ Steven Jones**
                                    **Steven Jones**/**Chief Executive Officer**
                                    Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

`CSD 1008 (Page 2)` `[08/21/00]`

## INSTRUCTIONS

1)    Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)    A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)    A new petition is filed.  Diskette required.

    b)    A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)    An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)    The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)    CONVERSIONS:

    a)    When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)    For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)    AMENDMENTS AND BALANCE OF SCHEDULES:

    a)    <u>Scannable matrix format required.</u>

    b)    The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)    Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)    Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

1199 Walnut LLCV
1199 East Walnut St.
Pasadena, CA 91106


645 Front St 2201 LLC
5580 La Jolla Boulevard
Suite 392
La Jolla, CA 92037


ADP, Inc.
1 ADP Boulevard
Roseland, NJ 07068


American Express
200 Vesey Street
New York, NY 10285


BayFirst National Bank
700 Central Avenue
Saint Petersburg, FL 33701


Brian Joseph
1332 Linda Rosa Avenue
Los Angeles, CA 90041


Bridging Voices
4440 Frost Drive
Oxnard, CA 93033


California Hospital Assoc.
1215 K Street #700
Sacramento, CA 95814


Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Capytal.com
90 Broad Street, Suite 903
New York, NY 10004


Carnegie Science Center
1 Alleghany Avenue
Pittsburgh, PA 15212


Chanelle McNutt
2131 West 109th Place
Los Angeles, CA 90047


Cynthia Raimo
P.O. Box 337
Lemon Grove, CA 91946


Ellecia Purvis
1404 Ramsgate Drive
Corona, CA 92881


Entergy Texas, Inc.
P.O. Box 8104
Baton Rouge, LA 70891


EQI Mindset
2922 Rangour Court
Escondido, CA 92027


Everest Business Funding
102 West 38th Street
6th Floor
New York, NY 10018


FC Marketplace LLC
707 17th Street
Suite 2200
Denver, CO 80202

First Service Credit Union
16430 Park Ten Place
Houston, TX 77084


Food Forward
7412 Fulton Avenue #3
North Hollywood, CA 91605


Globelend Capital
1111 Park Center Boulevard
# 425
Miami, FL 33169


Honda Dev. & Mftg. of America
24000 Honda Parkway
Marysville, OH 43040


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Kevin Blake
605 16th Street
Watervliet, NY 12189


Lakeshore Learning
2695 East Dominguez St.
Carson, CA 90895


Lewis Brisbois
650 E. Hospitality Lane
Ste. 600
San Bernardino, CA 92408


LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

Lida Rafia
3305 29th St.
San Diego, CA 92104


Lisa Blake
605 16th Street
Watervliet, NY 12189


Liz Fernandez
4901 Henry Hudson Parkway
Bronx, NY 10471


Lori Nelson
591 Eaton Drive
Pasadena, CA 91107


Minjung Pai
1534 1/2 S. Spaulding Avenue
Los Angeles, CA 90019


OnDeck Funding
4700 West Daybreak Parkway
Suite 200
South Jordan, UT 84009


Payroll Solutions Internat'l.
557 Massey Road
Guelph, Ontario, Can. N1K 1B3


Ronald McDonald House Charity
2929 Children's Way
San Diego, CA 92123


Shondaland
1905 N. Wilcox Avenue
#307
Los Angeles, CA 90068

Skyler Jackson
117 4th Place, Apt. 1B
Brooklyn, NY 11231


Steven Jones
16921 Via De Santa Fe #5005
Rancho Santa Fe, CA 92067


Tamara Craver
1281 9th Avenue #1914
San Diego, CA 92101


The Antorge Group
13223 Black Mountain Road
#1168
San Diego, CA 92129


The J. Paul Getty Trust
1200 Getty Center Drive
Suite 400
Los Angeles, CA 90049


U.S. Bank
800 Nicollet Mall
Minneapolis, MN 55402


U.S. SBA
312 North Spring Street
5th Floor
Los Angeles, CA 90012


Wells Fargo Bank
420 Montgomery Street
94101